United States District Court
Southern District of Texas
**ENTERED**
October 22, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE KING/MOROCCO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-19-1574 |
| | § | |
| KEATING NISSAN, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

The Court has conducted a de novo review of the Magistrate Judge's Memorandum and Recommendation to which Plaintiff has filed an objection. The court concludes that the Memorandum and Recommendation should be adopted.

The action will proceed only on Plaintiff's Title VII claim. All other claims are **DISMISSED**.

The Clerk shall send copies of this Order to the respective parties.

**DONE** at Houston, Texas, this 22 day of October, 2019.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE